■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN D. WILLIAMS, Appellant. (Appeal No. 1.) [958 NYS2d 640]— Appeal from a judgment of the Orleans County Court (James P. Punch, J.), rendered January 3, 2011. The judgment convicted defendant, upon his plea of guilty, of driving while intoxicated, a class E felony.

It is hereby ordered that said appeal from the judgment insofar as it imposed sentence is unanimously dismissed and the judgment is otherwise affirmed. Present—Smith, J.P., Peradotto, Lindley, Sconiers and Valentino, JJ.